473 A.2d 690

Commonwealth v. Chapman, Appellant.

Submitted October 7, 1983. Donald M. Padova, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.

473 A.2d 690

Commonwealth v. Garcia, Appellant.

Submitted October 21, 1983. James A. Consoli, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTGOMERY, JJ.

Judgment of sentence affirmed.